**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 2, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-40550
Summary Calendar
_____

SHIRLEY GREEN,

Plaintiff - Appellant,

v.

ECKERD CORP., doing business as Eckerd,

Defendants - Appellees.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas, Beaumont Division
USDC No. 1:04-CV-576
---------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:*

Shirley Green, appearing *pro se*, appeals the district
court's order granting the Defendant's motion for summary
judgment and dismissing her suit for racial and sexual
discrimination in employment arising under the Civil Rights Act
of 1866, as amended, 42 U.S.C. § 1981; Title VII of the Civil
Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2000h-6; and
the Texas Commission on Human Rights Act, TEX. LAB. CODE ANN.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

§21.001 *et seq.*

We review a district court's grant of summary judgment *de novo*. *Gowesky v. Singing River Hosp. Sys.*, 321 F.3d 503, 507 (5th Cir. 2003). "The moving party is entitled to a judgment as a matter of law [if] the nonmoving party has failed to make a sufficient showing on an essential element of her case with respect to which she has the burden of proof." *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986) (internal quotation marks omitted).

We have carefully examined the briefs, the record excerpts, and relevant portions of the record itself. For the reasons stated in the district court's comprehensive Memorandum and Order, we affirm the decision to enter final judgment against Green.

AFFIRMED.